Commonwealth ex rel. Gist, Appellant, *v.*
Banmiller.

Submitted November 11, 1959. Before JONES, C. J.,
BELL, MUSMANNO, JONES, COHEN, BOK and McBRIDE,
JJ.

*Edward Gist,* appellant, in propria persona.

*Charles L. Durham* and *Domenick Vitullo,* Assist-
ant District Attorneys, *Paul M. Chalfin,* First Assist-
ant District Attorney, and *Victor H. Blanc,* District
Attorney, for appellee.

OPINION PER CURIAM, January 18, 1960:

The order of the Court of Common Pleas No. 2 of
Philadelphia County in this matter is affirmed on the
opinion of Judge WATERS.